Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GENEVA MILLIGAN-REED,

        Plaintiff,

v.

TOTAL CLEANING SOLUTIONS, INC., a foreign corporation.; JOHN DOE BUSINESS ENTITIES I-V; and JOHN DOE INDIVIDUALS I-V,

        Defendant.

No. 3:26-cv-05310 BHS

**ORDER TO CONSOLIDATE CASES**

GENEVA MILLIGAN-REED,

        Plaintiff,

vs.

SAFEWAY INC.; JOHN DOE BUSINESS ENTITIES I-VI; and JOHN DOE INDIVIDUALS I-VI,

        Defendants.

No.  3:25-cv-05586-TMC

THIS MATTER came before the Court on the parties' Stipulation to Consolidate the following cases for purposes of discovery and trial: (1) United States District Court, Western District of Washington Case No. 3:25-cv-05586-TMC, *Geneva Milligan-Reed v Safeway Inc.,*

**ORDER TO CONSOLIDATE CASES -  1**

and; (2) United States District Court, Western District of Washington Case No. 3:26-cv-05310 BHS, *Geneva Milligan-Reed v Total Cleaning Solutions Inc.* made pursuant to Wash. Ct. R. 42(a).

## ORDER

The Court has reviewed the Stipulation of the parties and the file herein, and accordingly,

IT IS HEREBY ORDERED:

1.  The cases *Geneva Milligan-Reed v Total Cleaning Solutions Inc.,* United States District Court, Western District of Washington Case No. 3:26-cv-05310 BHS are CONSOLIDATED under *Geneva Milligan-Reed v Safeway Inc.,* United States District Court, Western District of Washington Case No. 3:25-cv-05586-TMC.

DATED this 16th day of April, 2026.

_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
HONORABLE JUDGE

Presented by:

_s/Donna Gibson_____    _____
Donna Gibson, WSBA#33583
Attorney for Defendant
Total Cleaning Solutions, Inc.
Law Office of Riley Lovejoy
PO BOX 7218
London, KY 40742
Telephone: (206) 633-1310
FAX (866) 546-5102
donna.gibson@libertymutual.com
nina.cordova@libertymutual.com
eservicePAL@libertymutual.com

**ORDER TO CONSOLIDATE CASES -  2**